IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 5:26-CR-111 (AJB) |
| **v.** | |
| **CHRISTOPHER PRATT,** | Violation: 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) [Possession of Child Pornography] |
| **Defendant.** | |
| | 1 Count & Prior Conviction Allegation |
| | County of Offense: Oneida |

**<u>INFORMATION</u>**

**COUNT 1**
[**Possession of Child Pornography**]

On or about August 12, 2025, in Oneida County in the Northern District of New York, the defendant, **CHRISTOPHER PRATT**, knowingly possessed an Apple iPhone 16 Pro Max with IMEI 354276357464013 containing one or more images of child pornography as defined in 18 U.S.C. § 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means or facility of interstate and foreign commerce and in an affecting such commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting such commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

**PRIOR CONVICTION ALLEGATION**

The defendant, **CHRISTOPHER PRATT**, has a prior final conviction under the laws of the state of New York relating to the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography.

On or about March 13, 2012, the defendant was convicted in Oneida County Court in Oneida County, New York, of Promotion the Sexual Performance of a Child Less than 16 years old, in violation of New York Penal Law Section 263.13. As a result of this conviction, the defendant was sentenced to serve one to three years in state prison. By virtue of said prior conviction, the defendant is subject to the enhanced penalty provisions contained within 18 U.S.C. § 2252A(b)(2).

Dated: April 2, 2026

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant U.S. Attorney

By: ______________________________
Jessica N. Carbone
Assistant United States Attorney
Bar Roll No. 703490